UNITED STATES of America,
Plaintiff–Appellee

v.

Keith Dewayne JONES, Defendant–Appellant.

No. 07–20610

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 2, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Keith Dewayne Jones presents arguments that he concedes are foreclosed by *United States v. Rawls,* 85 F.3d 240, 242–44 (5th Cir.1996), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). *See United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001). The Government's motion for summary affir-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

mance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

